IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Willie Roberson Jr., | ) |
| | ) No. 22-cv-6050 |
| *Plaintiff* | ) |
| | ) *(Judge Chang)* |
| -vs- | ) |
| | ) *(Magistrate Judge McNally)* |
| City of Chicago, et al., | ) |
| | ) |
| *Defendants* | ) |

## JOINT STATUS REPORT

The parties, by counsel, submit this joint status report pursuant to the Court's Order of May 27, 2025:

The parties have exchanged Rule 26 disclosures. Defendants issued written discovery in 2023 before discovery was stayed, and Plaintiff issued written discovery on June 2, 2025. All parties will answer written discovery by July 2, 2025. After the parties answer written discovery, they will schedule depositions.

The parties are communicating about settlement of various cases that were previously part of the Watts Coordinated Proceedings, with the assistance of Magistrate Judge Valdez. The next conference with Magistrate Judge Valdez is scheduled for June 3, 2025.

Respectfully submitted,

/s/ <u>Joel A. Flaxman</u>
Joel A. Flaxman
ARDC No. 6292818

    Kenneth N. Flaxman
    200 S Michigan Ave, Ste 201
    Chicago, IL 60604
    (312) 427-3200
    *attorneys for plaintiff*

/s/ <u>Paul A. Michalik (by consent)</u>
    Daniel M. Noland
    Terrence M. Burns
    Paul A. Michalik
    Katherine C. Morrison
    Daniel J. Burns
    Dhaviella N. Harris
    Burns Noland LLP
    311 S. Wacker Dr., Suite 5200
    Chicago, IL 60606
    (312) 982-0090
    *attorneys for defendants City of Chicago, Cline, and Kirby*

/s/ <u>Brian P. Gainer (by consent)</u>
    Brian P. Gainer
    Monica Burkoth
    Lisa M. McElroy
    Johnson & Bell, Ltd.
    33 West Monroe St., Ste 2700
    Chicago, IL 60603
    (312) 372-0770
    *attorneys for defendant Ronald Watts*

/s/ <u>Jason M. Marx (by consent)</u>
    Special Assistant Corporation Counsel
    Andrew M. Hale
    Anthony E. Zecchin
    Jason M. Marx
    Kelly M. Olivier
    Hannah Beswick-Hale
    Hale & Monico LLC
    53 West Jackson Blvd., Ste 334
    Chicago, IL 60604
    (312) 341-9646
    *attorneys for remaining defendants*